1    **WO**

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7              **FOR THE DISTRICT OF ARIZONA**

8

9    Enrico Enriquez,                         No. CV-23-00611-PHX-MTL

10                    Plaintiff,              **ORDER**

11   v.

12   G.D. Barri & Associates Incorporated, et al.,

13                    Defendants.

14           Defendant moves to dismiss the Amended Complaint. A reply brief is not necessary,

15   nor is oral argument necessary. The Court finds as follows:

16           1.      The Amended Complaint does not impermissibly rely on the previously filed

17   case, *Gardner v. G.D. Barri & Associates, Inc*., CV-20-01518-PHX-ROS. The Amended

18   Complaint makes a single reference to this case by way of background. It does not, as

19   Defendant contends, attempt to invoke the case as favorable precedent or ask this Court to

20   give it preclusive effect.

21           2.      The Amended Complaint satisfies the pleading standards for the Fair Labor

22   Standards Act, Rule 8, Fed. R. Civ. P., and the Ninth Circuit's decision in *Landers v.*

23   *Quality Communications, Inc.*, 771 F.3d 638 (9th Cir. 2014). For example, the Amended

24   Complaint alleges several instances where Plaintiff worked more than 40 hours per week

25   without overtime compensation. (*See* Doc. 26 ¶¶ 57-74.)

26           3.      The Court reaffirms its prior holding that the Amended Complaint need not

27   anticipate affirmative defenses. *See Thompson v. Eldorado Coffee Roasters, Ltd.*, 246 F.

28   Supp. 3d 697, 703 (E.D.N.Y. 2017).

Accordingly,

**IT IS ORDERED** that the Motion to Dismiss Amended Complaint (Doc. 29) is **denied**.

Dated this 14th day of November, 2023.

Michael T. Liburdi
United States District Judge