# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Enrico Enriquez,<br><br>    Plaintiff,<br><br>v.<br><br>G.D. Barri & Associates Incorporated, et al.,<br><br>    Defendants. | No. CV-23-00611-PHX-MTL<br><br>**ORDER** |

Before the Court is the parties' stipulation for dismissal with prejudice (Doc. 81),

**IT IS ORDERED** granting the stipulation (Doc. 81) and dismissing this action in its entirety with prejudice.

**IT IS FURTHER ORDERED** vacating the status conference set for Tuesday, November 26, 2024.

**IT IS FINALLY ORDERED** directing the Clerk of Court to enter a judgment of dismissal and close this case.

Dated this 25th day of November, 2024.

Michael T. Liburdi
United States District Judge