# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Enrico Enriquez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>G.D. Barri & Associates Incorporated, et al.,<br><br>　　　　Defendants. | NO. CV-23-00611-PHX-MTL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, that this case is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 25, 2024

　　　　　　　　　　　　　　　　s/ Erica Aragon
　　　　　　　　　　　　　By　　Deputy Clerk